# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:13-mj-00905-CWH |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| JARED LYNCH, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for February 26, 2014, at the hour of 9:00 a.m., be vacated and continued to _____ April 2 _____, 2014, at the hour of 9:00 a.m.

DATED this \_\_\_20th\_\_\_ day of February, 2014

_____
UNITED STATES MAGISTRATE JUDGE

3